■ STAFKINGS HEALTH CARE SYSTEMS, INC., Respondent, v BLUE CROSS AND BLUE SHIELD OF UTICA-WATERTOWN, INC., Appellant. (Appeal No. 2.) [635 NYS2d 555] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.